# UNITED STATES DISTRICT COURT
for the

Southern District of Texas 

Houston Division

| | |
|---|---|
| Brice Braxton <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Emory University Hospital, Mercy Care Clinic, Salvation Army, Fulton County Atlanta GA <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brice Braxton |
| Street Address | 3401 Fannin St. |
| City and County | Houston |
| State and Zip Code | Texas 77004 |
| Telephone Number | 832-743-5705 |
| E-mail Address | cleanservice404@protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Emory University Hospital |
| Job or Title *(if known)* | |
| Street Address | 550 Peachtree St. NE |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Georgia, 30308 |
| Telephone Number | (404) 686-4411 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Mercy Care |
| Job or Title *(if known)* | |
| Street Address | 424 Decatur St SE |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia 30312 |
| Telephone Number | (678) 843-8600 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Salvation Army |
| Job or Title *(if known)* | |
| Street Address | 740 Marietta St NW |
| City and County | Atlanta, Fulton County |
| State and Zip Code | Atlanta, GA 30313 |
| Telephone Number | (404) 522-9785 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Brice Braxton, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Emory University Hospital , is incorporated under the laws of the State of *(name)* Georgia , and has its principal place of business in the State of *(name)* Gerogia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Georgia .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is un-ethical, immoral and illegal actions commited against the plaintiff on Christmas December the 25th of 2023

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.Plaintiff claims that He contracted a case of food poisoning (plaintiff belives this to be intentional and not coincidental as he was personaly served a food plate individually by volunteer staffl unknown to the plaintiff) at Christmas dinner December 25th of 2023 at the Salvation Army on Marietta St in the city/state Atlanta GA. Plaintiff almost died due to projectile vomiting and suffocation due to vomiting. Despite being quite obviously near death plainitff was able to tell staff to call him an ambulance and was transported to Emory Univ.
2.Hosp were he was subjected to the complacent behaviours and attitude of EMS medics who were more worried about plaintff vomiting in a bag than the plaintifs actual health and well-being hospital staff including

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff prays the Court of the Southern District Court of Texas fines the Defendants the maximum amount possible and grants the plaintiff the maximum relief available included but not limited to punitive as well as compensatory damages

In the Matter of Brice Braxton vs. Emory Univ. Hosp.

Attachment to Civil Suit III. Statement of Claim Continued

and was subjected to even more inhumane treatment by the hospital staff (Dr. Heather Hechters (the doctor on call of which there is strangely not very much information available online besides her NPI) assistant, plaintiff is unsure of assistants name due to being in so much pain, was the nurse that attached the diodes and administered electric shock to induce vomiting (voltage was inappropriately high and way to long in duration to the point of plaintiffs losing consciousness both due to the heaves of vomiting and electrical shock via the electrical diodes the assistant nurse was so oddly joyful to attach??) Plaintiff recalls the assistant nurse asking while he was being electroshocked and flailing about "what are you doing that for?" Plaintiff believes she was referring to the plaintiffs' movement while his stomach was being electrically induced to contract plaintiff was also subject to berating and bad attitude of nurse on call Candice ( the first nurse to treat plaintiff) Candice also gave the plaintiff a case of phlebitis when installing IV drip. Another nurse in the morning named Ashleigh quite blatantly rubbed the bandage that she applied to plaintiffs' venipuncture site on the soiled part of plaintiffs' bed plaintiff had lost control of his bowels due to the combination of food-poisoning, electroshock and being sedated so parties interested can only imagine the filth the bandage was rubbed in. Plaintiff was also thrown out of hospital without even being given a chance to sit while still recovering from sedation and was quite groggy and could not find his bearings by a security officer name Mr. Jackson.

3, Mercy Care Atlanta, upon second follow-up due to an infection caused by Emory Univ. Hosp. to Mercy care plaintiff was subjected to further abuse in the form of sexual discrimination by office and medical staff. Plaintiff had been seen this clinic before and was never once been treated badly by staff other than making him wait for an appointment. Plaintiff was placed at an unusual part of the clinic and was asked to use gender neutral bathrooms contrary to Plaintiffs sexual orientation which is heterosexual. Plaintiff was also denied an after-summary report of his visit and instead was given three referrals to a behavioral health appointment which for some strange reason was more important to the staff then my actual well-being. Plaintiff also has copies that go in depth of emails sent to the defendants Mercy Care Atlanta. Plaintiff will also prove the presence of a high ranking member of the Salvation Army being present at the clinic the day of his second follow-up for phlebitis. Plaintiff claims he was asked to wait an unreasonable amount of time by the staff at Mercy Care clinic.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/18/2024

Signature of Plaintiff: Braxton
Printed Name of Plaintiff: Brice Braxton

#### B. For Attorneys

Date of signing: 03/18/2024

Signature of Attorney:
Printed Name of Attorney: Brice Braxton (Pro Se)
Bar Number: Pro Se
Name of Law Firm:
Street Address: 3401 Fannin St
State and Zip Code: Texas 77004
Telephone Number: 832-743-5705
E-mail Address: cleanservice404@protonmail.com